# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn Chavez, | No. CV-09-0827-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Ad Astra Recovery Services, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Dkt. # 22), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 4th day of March, 2010.

_____
G. Murray Snow
United States District Judge